**Phillip Jeffrey STILWELL, Appellant,**

v.

**Jill Marie STILWELL, Respondent.**

**No. WD 63882.**

Missouri Court of Appeals,
Western District.

March 22, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 2005.

Application for Transfer Denied
June 21, 2005.

Dennis J. Campbell Owens, Kansas City, MO, for Appellant.

Michele C. Puckett–Burkhead, Cameron, MO, for Respondent.

Before PAUL M. SPINDEN, P.J., VICTOR C. HOWARD and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

Mr. Philip J. Stilwell appeals the trial court's dissolution of marriage judgment that divided the assets, debts, and awarded attorney's fees.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).